# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA          *WARRANT FOR ARREST*

v.

WESLEY JOHN ROEHL                 1:25-cr-144-AKB-3

**RECEIVED**
By USMS at 11:49 am, May 14, 2025

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WESLEY JOHN ROEHL** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. § 841(a)(1), (b)(1)(B) DISTRIBUTION OF METHAMPHETAMINE



United States Courts
District of Idaho
**ISSUED**
Kelly Montgomery
on May 14, 2025 10:41 am

<u>Kelly Montgomery, Deputy Clerk</u>                    <u>May 14, 2025</u>

Name and Title of Issuing Officer                                Date

---

**RETURN**

This warrant was received <u>May 14 2025</u> and executed with the arrest of the above-name individual at <u>Ada County Jail, Boise, ID</u>.

_____

<u>  TMC                              </u>                    <u>June 28 2025                    </u>
Signature of Arresting Officer                                Date of Arrest

<u>Signed on behalf arresting DUSM</u>
Name & Title of Arresting Officer